**STATE of Missouri,
Plaintiff/Respondent,**

**v.**

**Vernon COLLINS,
Defendant/Appellant.**

**No. ED 99198.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 5, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 13, 2014.

Application for Transfer Denied Feb. 25, 2014.

Before ROBERT M. CLAYTON, III, C.J., ANGELA T. QUIGLESS, J., and LISA S. VAN AMBURG, J.

## *ORDER*

PER CURIAM.

Defendant Vernon Collins was convicted by jury in the Circuit Court of Saint Louis City of second-degree assault of a law enforcement officer, section 565.082, R.S.Mo. (Cum.Supp.2010), armed criminal action, section 571.015, R.S.Mo. (2000), disarming a peace officer, section 575.153, R.S.Mo. (Cum.Supp.2010), and resisting a lawful stop or detention, section 575.150, R.S.Mo. (Cum.Supp.2009). We affirm.

No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a

pared to the entire construction project and yet be lienable"); *Trout's Invs.,* 482 S.W.2d at 514.

memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).